IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON SIENKIEWICH and<br>JOHN SIENKIEWICH, her<br>husband, | : | CIVIL ACTION NO.: 08-838 |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | (The Honorable Edwin M. Kosik) |
| KENNETH G. WHITE,<br>QUALITY CARRIERS, INC., and<br>EATON'S TRUCKING SERVICE,<br>INC. | : | |
| Defendants | : | |

## ORDER

AND NOW this ___24___ day of ___April___, 2009, upon consideration of Plaintiffs' Motion to Extend time for discovery deadline;

IT IS HEREBY ORDERED AND DECREED that Plaitniffs' Motion to extend be and hereby is GRANTED. All discovery shall be completed by June 30, 2009.

BY THE COURT:

_____, J.